IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: JASON CARL DYSON | ) | |
| | ) | Bankruptcy Case No. 17-4820 |
| Debtor, | ) | |
| | ) | |
| | ) | |
| JASON CARL DYSON, | ) | |
| | ) | |
| Plaintiff, | ) | Misc. Act. No. 1:21-mc-002-TFM |
| | ) | |
| v. | ) | |
| | ) | |
| NEWREZ, LLC d/b/a SHELLPOINT | ) | Adversary Case. No. 20-1053 |
| MORTGAGE SERVICING, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM OPINION AND ORDER</u>

On February 24, 2021, the Bankruptcy Judge entered a report and recommendation which recommends the order of reference as to Adversary Proceeding No. 20-1053 be withdrawn.  *See* Doc. 1-1.  On March 2, 2021, the Court notified that parties that any objections should be filed on or before March 16, 2021.  *See* Doc. 2.  No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Bankruptcy Judge is **ADOPTED**. Accordingly, the order of reference as to Adversary Proceeding No. 20-1053 is withdrawn.

**DONE** and **ORDERED** this 19th day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE